USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
HEMANT SACHDEV,  :
   :
   Plaintiff,  :
   :   15-CV-7114(VEC)
   :
   -against-  :   ORDER
   :
DR. RINA SINGH,  :
   :
   :
   Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

Pursuant to the Court's September 11, 2015, hearing on Plaintiff's motion for a temporary restraining order and Defendant's acknowledgement of service of the Complaint, it is hereby ORDERED:

1.  Defendant is prohibited from hacking or accessing, directly or indirectly, Plaintiff's computer, telephone or other computing device without authorization, individually or in concert with others.

2.  Plaintiff's motion for a temporary restraining order is DENIED.

3.  An initial pretrial conference shall be held on October 2, 2015, at 10:00 a.m. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The Court is prepared to order expedited discovery in this case. No later than September 25, 2015, the parties shall submit a proposed case management plan, located on the Court's website at http://nysd.uscourts.gov/cases/show.php?db=judge_info&id=1035.

4.  Defendant is ORDERED not to destroy any computer or telephonic device, or any data contained on her computer or telephone, or any data stored on external media that is in her

possession or control. Defendant is cautioned that pursuant to Federal Rule of Civil Procedure 37(e) failure to preserve electronically stored information that is relevant to this matter may result in sanctions.

**SO ORDERED.**

Date: **September 11, 2015**
      **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**