Ship To 916705

**Account Number**
916705

**Bill To**

hemant sachdev
402 Iris Blue apartments
dubai Marina, dubai
**Dubai**

Hemant sachdev
ELOB off E71418
Denali International
Sharjah

Unit.Arab Emir.

Unit.Arab Emir.

Delivery Note/Date
8740634078/12.11.2015

| ORDER DATE 10.11.2015 | SALES NR 2000 | CUSTOMER ORDER NR. W5695/3213 | APPLE ORDER NR. 2604449/12 | | PAYMENT TERMS Credit Card Visa/MCard | | | PAGE NR 1 / 1 |
|---|---|---|---|---|---|---|---|---|

| Item | C | Material | Description | Quantity | Price | Price Unit | Value |
|---|---|---|---|---|---|---|---|
| | | | Terms of Delivery/Incoterms: CIP Carriage, Insurance Paid To | | | | |
| 0030 | | Z0RN0000U | MB 12.0 SPACE GRAY/8GB/512GB PROCESSOR 1.3GHz Dual-Core Intel Core M GRAPHICS Intel HD Graphics 5300 MEMORY 8GB 1600MHz LPDDR3 SSD 512GB PCIe-based Flash Storage APPLE KEYBOARD & UG KEYBOARD/USER'S GUIDE-GBR COUNTRY KIT/AEX COUNTRY KIT-GBR | 1 PCE | 6,899.00 AED | 1 EA | 6,899.00 |
| | | | Final Amount | | In Currency | AED | 6,899.00 |

This invoice amount has been paid by Credit Card Visa/MCard

For Apple Store terms and conditions and details of your after sales
warranty and support, please refer to
http //store.apple.com/ae/open/salespolicies

Thank you for shopping at the Apple Store

If you have any questions regarding this invoice or the goods
delivered, please contact our Customer Service Department on

Phone 800 207758 Monday-Friday 08 00 - 21 00
Fax 00 353 21 428 4840
Web www apple com/ae

Serial Numbers for Item 0030
C02QP00WGCN2